**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD A. CORMIER

    Plaintiff,

vs.                                        CASE NO. 3:05-cv-997-J-HTS

JO ANNE B. BARNHART,
Commissioner of the
Social Security
Administration,

    Defendant.

_____

**O R D E R**

This cause is before the Court on the Application for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #30; Application), filed November 29, 2006. It is represented Defendant has no objection to the amount sought in the Application. Application ¶ 4.

The Application requests the Court to award $1,057.89 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* ¶ 3. Counsel expended 5.4 hours in 2006 and 1.2 hours in 2005 representing Plaintiff before the Court. *Id.*; Affidavit of Attorney's Time, attached to the Application. Hourly rates of $161.33 for the time spent in 2006 and $155.59 for the work conducted in 2005 are sought. Application ¶ 3.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $1,057.89 in attorney fees.

Accordingly, the Application (Doc. #30) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $1,057.89.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of November, 2006.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any